IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SALIM OMAR BALOUCH, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO.  9:25-CV-216-MJT |
| § | |
| PAMELA BONDI, et al., § | |
| Respondents. § | |
| § | |
| § | |

**FINAL JUDGMENT**

For reasons expressed in the accompanying Order Overruling Objections and Adopting the Report and Recommendation of the United States Magistrate Judge, it is

CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus in the above-captioned matter is GRANTED.  The Respondents are ordered to release the Petitioner immediately on supervised release pursuant the same supervised release conditions previously imposed in accordance with 8 C.F.R. § 241.5.  While on release, nothing stops Respondents from re-detaining and removing the Petitioner if the proper travel documents are secured and there is a significant likelihood of his removal to Iran per the immigration regulations.

The clerk is directed to close this case. It is so ORDERED.

**SIGNED this 9th day of October, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge